# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 7, 2026

Lyle W. Cayce
Clerk

———————

No. 24-30115

———————

Dorothy Nairne, *Doctor*; Clee E. Lowe, Reverend; Alice Washington, *Doctor*; Black Voters Matter Capacity Building Institute; Louisiana State Conference of the NAACP; Steven Harris, Reverend,

*Plaintiffs—Appellees*,

*versus*

Nancy Landry, *in her official capacity as Secretary of State of Louisiana*,

*Defendant—Appellant*,

State of Louisiana, *by and through Attorney General Elizabeth B. Murrill*; Phillip DeVillier, *in his official capacity as Speaker of the Louisiana House of Representative*; Cameron Henry, *in his official capacity as President of the Louisiana Senate*,

*Intervenors—Appellants*,

*versus*

United States of America,

*Intervenor—Appellee.*

———————————————————

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:22-CV-178

———————————————————

Before HAYNES and RAMIREZ, *Circuit Judges*.

PER CURIAM:[*]

After our panel ruled on this case, a petition for rehearing en banc was filed. We placed the case in abeyance pending the decision of the United States Supreme Court in 24-109, *Louisiana v. Callais*. Now that the opinion has come out, we conclude that it is appropriate for the district court to consider that decision in determining its decision. Accordingly, we vacate our prior opinion, vacate the district court's decision, and remand to the district court for consideration of this case in light of the recent Supreme Court decision.

VACATE and REMAND.

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5. The two judges are quorum since the third judge is now an inactive senior judge.